UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS WATZKE,

    Plaintiff,

v.

JOE BIDEN, et al.,

    Defendants.

Case No. 23-cv-00442-KAW

**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Laurel Beeler for consideration of whether the case is related to *Watzke v. Biden*, 3:22-CV-4855-LB.

**IT IS SO ORDERED.**

Dated: February 3, 2023

_____
KANDIS A. WESTMORE
United States Magistrate Judge